UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN BROWN | * | CIVIL ACTION |
| VERSUS | * | NO: 07-8133 |
| TOTAL E&P USA, INC. | * | SECTION: "J"(2) |

**SPECIAL VERDICT FORM**

1. Was Stephen Brown injured in an accident on or about August 2, 2005, as he has alleged?

Yes________ No________

**IF YOU ANSWERED YES TO QUESTION 1, PROCEED TO QUESTION 2; IF YOU ANSWERED NO TO QUESTION 1, SIGN AND DATE THE FORM AND RETURN TO THE COURTROOM.**

2. Was Total E&P USA, Inc. negligent?

Yes________ No________

**IF YOU ANSWERED YES TO QUESTION 2, PROCEED TO QUESTION 3; IF YOU ANSWERED NO TO QUESTION 2, SIGN AND DATE THE FORM AND RETURN TO THE COURTROOM.**

3. Was Total E&P USA, Inc.'s negligence a cause of Mr. Brown's injury?

Yes________ No________

**IF YOU ANSWERED YES TO QUESTION 3, PROCEED TO QUESTION 4; IF YOU ANSWERED NO TO QUESTION 3, SIGN AND DATE THE FORM AND RETURN TO THE COURTROOM.**

4. Was Stephen Brown negligent?

Yes________ No________

**IF YOU ANSWERED YES TO QUESTION 4, PROCEED TO QUESTION 5; IF YOU ANSWERED NO TO QUESTION 4, PROCEED TO QUESTION 6.**

5. Was Stephen Brown's negligence a cause of his own injury?

Yes________ No________

**IF YOU ANSWERED NO TO QUESTION 5, PROCEED TO QUESTION 6; IF YOU ANSWERED YES TO QUESTION 5, SIGN AND DATE THE FORM AND RETURN TO THE COURTROOM.**

6. Please state what sum of money, if any, would reasonably and fairly compensate Stephen Brown for each of the following:

Past loss of earnings. $________

Loss of future earning capacity. $________

Past medical expenses. $________

Future medical expenses. $________

Past physical pain and suffering $________

Future physical pain and suffering $________

**PLEASE SIGN AND DATE THE FORM AND NOTIFY THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.**

New Orleans, Louisiana, signed this ______ day of June, 2008.

______________________
F O R E P E R S O N