UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN BROWN | CIVIL ACTION |
| VERSUS | NO: 07-8133 |
| TOTAL E&P USA INC. | SECTION: “J” (2) |

**FINAL JUDGMENT**

This case came on for trial by jury on June 23, 24, 26 and 27, 2008, before District Judge Carl J. Barbier.

Considering the answers of the jury to the interrogatories propounded by the Court at the conclusion of the trial of this matter and further considering the direction of the Court as to entry of judgment, accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiff, Stephen Brown, and against defendant, Total E&P USA, Inc., in the amount of $253,000.00, with legal interest to run from date of entry of this judgment in accordance with 28 U.S.C. § 1961, and all costs.

New Orleans, Louisiana this 30th day of June, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE